IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT,
IN AND FOR DUVAL COUNTY, FLORIDA

Case No.: _____
Division: _____

GM1 PARTNERSHIP, LLC,

    Plaintiff,

v.

WESTERN WORLD INSURANCE COMPANY

    Defendant.

_____/

## COMPLAINT FOR BREACH OF CONTRACT AND DEMAND FOR JURY TRIAL

COMES NOW the Plaintiff, GM1 PARTNERSHIP, LLC, by and through the undersigned attorney, and hereby files this Complaint against Defendant, WESTERN WORLD INSURANCE COMPANY, and as grounds therefore, states as follows:

1. This is an action for breach of insurance contract which exceeds $30,000.00 exclusive of interest, attorney fees, and costs.

2. At all times relevant hereto, the Plaintiff, GM1 PARTNERSHIP, LLC was, a limited liability company headquartered in Orange County, Florida.

3. At all times relevant hereto, Defendant, WESTERN WORLD INSURANCE COMPANY, was a property and casualty insurance company authorized to do business in the State of Florida and doing business in Duval County, Florida.

4. In consideration of the premium paid to WESTERN WORLD INSURANCE COMPANY by E&H LLC, WESTERN WORLD INSURANCE COMPANY issued a contract of insurance, Policy No. NPP8444028 to E&H LLC, effective March 6, 2017 through March 6, 2018.

5. At all times relevant hereto, the Plaintiff, GM1 PARTNERSHIP, LLC was the mortgagee and listed as the loss payee on the subject insurance policy.

6. The policy was in full force and effect at the time of the claim of loss submitted by E&H LLC at the insured premises located at:

    505 N Liberty St., Jacksonville, FL 32202
    515 N Liberty St., Jacksonville, FL 32202
    521 N Liberty St., Jacksonville, FL 32202

413 N Liberty St., Jacksonville, FL 32202 on or about September 10, 2017. A true and correct copy of the declarations page of the insurance policy is attached hereto as Exhibit "A." Defendant is in possession of the entire policy.

7. On or about September 10, 2017, while the subject policy of insurance was in full force and effect, the subject property was damaged by the storm forces of Hurricane Irma.

8. E&H LLC timely notified WESTERN WORLD INSURANCE COMPANY of the loss and damage.

9. The loss is covered under the policy. WESTERN WORLD INSURANCE COMPANY granted coverage for exterior wind damage and interior water damage. However, WESTERN WORLD INSURANCE COMPANY undervalued the extensive damage caused by the hurricane force winds. Additionally, WESTERN WORLD INSURANCE COMPANY erroneously applied a coinsurance penalty to the subject property.

10. While the claim was being investigated, GM1 PARTNERSHIP, LLC took possession of the subject property in a foreclosure action and subsequent sale. WESTERN WORLD INSURANCE COMPANY agreed that E&H LLC no longer had an insurable interest in the subject property.

11. On or about August 6, 2019, GM 1 PARTNERSHIP invoked the appraisal provision of the subject policy.

12. On or about May 8, 2020, the appraisal panel executed a final award which included Actual Cash Values and Replacement Cost Values of the damages, and Actual Cash Values of the subject properties which showed that no coinsurance penalties should be applied.

13. Despite the findings of the appraisal panel, WESTERN WORLD INSURANCE COMPANY continues to apply the erroneous coinsurance penalties.

14. GM 1 PARTNERSHIP has repeatedly requested that WESTERN WORLD INSURANCE COMPANY pay their full damages; WESTERN WORLD INSURANCE COMPANY has failed and/or refused and continues to refuse to pay the full damages.

15. GM 1 PARTNERSHIP has done and performed all those matters and things properly required of them under the insurance policy, or, alternatively, have been excused from performance by the acts, representations and/or conduct of WESTERN WORLD INSURANCE COMPANY.

16. Notwithstanding the foregoing, WESTERN WORLD INSURANCE COMPANY has

failed and has refused to provide full coverage under the insurance policy for the damages to GM 1 PARTNERSHIP'S property and WESTERN WORLD INSURANCE COMPANY has failed to promptly pay the amounts due, thereby breaching the contract of insurance.

17. All conditions precedent to bringing this action have been performed, excused, or waived or have occurred.

18. As a direct result of WESTERN WORLD INSURANCE COMPANY's breach of their insurance contract, GM 1 PARTNERSHIP has lost benefits of their property and continue to suffer the loss.

19. Additionally, as a further result of WESTERN WORLD INSURANCE COMPANY's breach of their insurance contract, GM1 PARTNERSHIP has appropriately incurred and became obligated for attorney's fees and costs in connection with the prosecution of this action.

20. Florida Statute §627.428 provides the Plaintiff a statutory entitlement to an award of reasonable attorney's fees for enforcing their policy benefits.

**WHEREFORE**, the Plaintiff, GM1 PARTNERSHIP prays that this Court enter an award of compensatory damages, pre-judgment interest, costs of this action, attorney's fees and such other and further relief as this Court may deem appropriate. Further, the Plaintiff requests a trial by jury on all issues so triable.

Dated: July 28, 2020

KIM M. ADAMS, PLLC

/s/ Kim M Adams
KIM ADAMS, ESQ.
Florida Bar No. 16316
236 S. Lucerne Circle
Orlando, Florida 32801
Tel. (407) 342-3188
Email: kim@kmalawyer.com
Attorney for Plaintiff,
GM1 PARTNERSHIP