UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

C. KEVIN GILLIAM, as general
partner of GM-1 Partnership and
SCOTT MARHOFFER, as general
partner of GM-1 Partnership,

    Plaintiffs,

v.                              Case No. 3:20-cv-1255-BJD-MCR

WESTERN WORLD INSURANCE
COMPANY,

    Defendant.
_____/

## ORDER OF DISMISSAL

This matter is before the Court on the Joint Stipulation Dismissing Action with Prejudice (Doc. 28; Stipulation) filed on June 23, 2022. In the Stipulation, the parties state that they agree to the dismissal of this case with prejudice. See Stipulation at 1.

Accordingly, it is hereby

**ORDERED**:

1. This case is **DISMISSED with prejudice.**

2. Each party shall bear its own costs and fees.

3. The Clerk of the Court is directed to terminate all pending motions and close the file.

DONE and ORDERED in Jacksonville, Florida this 27th day of June, 2022.

BRIAN J. DAVIS
United States District Judge

cs
Copies to:

Counsel of Record